UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATRINA M. MANDERA,<br><br>                 Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                 Defendant. | Case No. C25-5757-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER |

Plaintiff filed an unopposed motion to amend the scheduling order. Dkt. No. 9. The Court GRANTS the motion (*id*.) and hereby amends the scheduling order (Dkt. No. 8) as follows:

- Plaintiff's opening brief shall be filed no later than **December 22, 2025**.
- Defendant's responsive brief shall be filed no later than **January 21, 2026**.
- Plaintiff's optional reply brief shall be filed no later than **February 4, 2026**.

Dated this 13th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
AMEND THE SCHEDULING ORDER - 1